# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

N.A. Mahalakshmi Srinivasan
Plaintiff

v.

Civil Action No.

NCH Corporation, The United States Patent and
Defendant

## COMPLAINT

NCH Corporation has been into monetization of my technologies / products, offence which includes white collar crime and patent, copyright infringement, piracy of my specification.

Their specification did not enter WIPO (World Intellectual Property Organization) despite a business model of on-site which is majorly in Singapore, Malaysia, Thailand to name a few. If the specification had entered WIPO it would have been evident that my work is a prior art. They enslaved me without my knowledge and further details shall be better explained with the case documents and during the hearing. They wrote the specification as if an Indian had written the same, it wasn't me.

The USPTO has been included as a respondent to provide the information to the court. My invention is a prior art, products developed, soft launched in 2011, highly cost effective, high efficiency. There were product theft, details shall be put across during the hearing. I've faced defamation and every attempt to break me financially (cash flows and other aspects), I've lived in some of the landmark places in India, own some of them and only daughter of a businessman. This case will address everything with the facts disclosed.

\* Attach additional pages as needed.

Date: 21-02-2023

Signature: *[signed]*

Print Name: N.A. Mahalakshmi Srinivasan

Address: 1602, Buttercup, Hiranandani Meadows, Glady Alwares Road, Manpada, Thane West

City, State, Zip: Thane, Maharashtra 400610

Telephone: 00919892697155