UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| N. A. MAHALAKSHMI SRINIVASAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:23-CV-416-B-BK |
| | § | |
| NCH CORPORATION, et al., | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this action is DISMISSED WITHOUT PREJUDICE for failure to state a claim. 28 U.S.C. § 1915(e).

The Court prospectively certifies that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). In support of this finding, the Court adopts and incorporates by reference the magistrate judge's findings, conclusions and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).[1]

---

[1] Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order. A timely notice of appeal must be filed even if the district court certifies an appeal as not taken in good faith.

The Clerk of the Court is DIRECTED to close this case <u>and</u> transmit a copy this order and the order of acceptance to Plaintiff at mahalakshmisrinivasan4@gmail.com.

SO ORDERED this 21ˢᵗ day of August, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE